# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. 2:19-cr-00380-RGK-27 & 58 | Date June 8, 2022 |
| Present: The Honorable R. GARY KLAUSNER, U.S. District Judge | |
| Interpreter n/a | |

| Joseph Remigio | Sheri Kleeger/Deborah Parker | Sue Bai/Victoria Detyareva |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 27) George Ugochukwu Egwumba | X | | X | 27) Oliver Cleary, CJA | X | X | |
| 58) Princewill Arinze Duru | X | | X | 58) Vitaly Sigal, CJA | X | X | |

\_\_\_\_ Day COURT TRIAL     2nd Day JURY TRIAL     \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;     \_\_\_\_ Begun (1st day);     X Held & continued;     \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

\_\_\_\_ Government rests.     \_\_\_\_ Defendant(s) \_\_\_\_ rest.

\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made     \_\_\_\_ Court instructs jury     \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused     \_\_\_\_ Jury retires to deliberate     \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:     \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_     \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled     \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists     \_\_\_\_ Filed Jury notes     \_\_\_\_ Filed Jury Instructions     \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_\_ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.     Remand/Release# \_\_\_\_ issd.     Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to 6/9/2022, at 8:30 a.m. for further trial/further jury deliberation.

\_\_\_\_ Other:

                                                                    5 : 06
                                                      Initials of Deputy Clerk  jre