# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**
**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:19-cr-00380-RGK-27 & 58 |
| Date | June 10, 2022 |
| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
| Interpreter | n/a |

| Joseph Remigio | Sheri Kleeger/Deborah Parker | Sue Bai/Victoria Detyareva |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 27) George Ugochukwu Egwumba | X | X | | 27) Oliver Cleary, CJA | X | X | |
| 58) Princewill Arinze Duru | X | X | | 58) Vitaly Sigal, CJA | X | X | |

____ Day COURT TRIAL     4th Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   X  Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made  ____

X  Witnesses called, sworn and testified.

X  Exhibits identified      X  Exhibits admitted

**X**  Government rests.     ____ Defendant(s) ____ rest.

____ Motion for mistrial by ____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:                    ____ Jury Verdict as follows:

Dft # ____  ____ Guilty on count(s)              ____ Not Guilty on count(s)

____ Jury polled                  ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X  Case continued to   6/13/2022, at 11:00 a.m.   for further trial/further jury deliberation.

X  Other:   Rule 29 Motion by Defendant Duru due Wed, 6/15/22. Government's Reply thereto due Friday, 6/17/22, at noon.

                                                                   5  :  23

                                   Initials of Deputy Clerk   jre